## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| BVB Construction, Inc. | ) | ASBCA No. 60910 |
| | ) | |
| Under Contract No. W912PL-12-C-0030 | ) | |

APPEARANCE FOR THE APPELLANT:      Mr. Benjamin Valenzuela, Sr.
     President

APPEARANCES FOR THE GOVERNMENT:      Thomas H. Gourlay, Jr., Esq.
     Engineer Chief Trial Attorney
    John F. Bazan, Esq.
     Engineer Trial Attorney
     U.S. Army Engineer District, Los Angeles

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' request, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $41,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: 15 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60910, Appeal of BVB Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN<br>
Recorder, Armed Services<br>
Board of Contract Appeals